[No. 23992-6-III.   Division Three.   May 30, 2006.]

THE STATE OF WASHINGTON, *Appellant,* v. MIGUEL LICON RUELAS, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 04-1-50416-2, Craig J. Matheson, J., entered March 29, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 24152-1-III.   Division Three.   May 30, 2006.]

STATE FARM FIRE AND CASUALTY COMPANY, *Respondent,* v. DAVID A. PARRELLA, *as Parent and Guardian, Defendant,* CAROLANNE POTTS, *Individually and as Parent and Guardian, Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 04-2-00170-3, Vic L. VanderSchoor, J., entered May 10, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Brown, J. Now published at 134 Wn. App. 536.

[No. 32228-5-II.   Division Two.   May 31, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL A. HOLCOMB, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 04-1-00116-4, F. Mark McCauley, J., entered September 13, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.